IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BOBBY BAKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 10-4743 |
| | ) | |
| v. | ) | |
| | ) | |
| H & P CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION

AND NOW, this 14th day of December, 2010, it is hereby STIPULATED and AGREED

by and between undersigned counsel for Plaintiffs Bobby Baker, Michael Conklin, Helen

Daniels-Tinsley, Travis Douglass, Karen Douglass, Lori Price and Kimberly Thompson, and

Defendant H&P Capital, Inc., that Plaintiffs' present action against Defendant shall be

transferred to the United States District Court for the Middle District of Florida, Jacksonville

Division.

/s/ Erin A. Novak
ERIN A. NOVAK
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiffs

/s/ Michael J. Navalkowsky
MICHAEL J. NAVALKOWSKY
HYNUM LAW
2608 N. Third Street
Harrisburg, PA 17110

Attorneys for Defendant
H&P Capital, Inc.

APPROVED BY THE COURT:

Date: 1|5|11

BRODY,                    J.

Copies via ECF o ____ Copies via US Mail o ____